# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 14, 2014

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
*Jul 16, 2014*
DEBORAH S. HUNT, Clerk

Re: Brandon L. Baxter
v. United States
No. 14-5196
(Your No. 12-4447)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 19, 2014 and placed on the docket July 14, 2014 as No. 14-5196.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik  Fossum
Case Analyst